**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                          CASE NO. 8:10-CR-414-T-EAK-AEP

STEPHANINE RENEE FIELDS
_____/

**ORDER**

      This cause comes before the Court on the defendant's motion for reduction of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Doc. 202) filed by retained counsel. The Court also has before it the U.S. Probation Office Amendment Assessment (Doc. 205). The Court has reviewed the motion and the Amendment Assessment for the United States Probation Office. The Court condludes that the defendant is not eligible for a reduction in sentence based on the amended guidelines and adopts their position that the defendant is not eligible for a reduction in sentence because she was not sentenced under a drug offense. Accordingly, it is.

      **ORDERED** that defendant's motion for modification of sentence be **denied**.

      **DONE AND ORDERED** in Chambers in Tampa, Florida this 23rd day of September, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record