UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.  CASE NO. 8:10-CR-414-T-17AEP

STEPHANINE RENEE FIELDS.

_____/

ORDER

This cause is before the Court on:

Dkt. 209    Motion to Stay Restitution
Dkt. 210    Response

Defendant Stephanine Renee Fields, pro se, moves to stay payment of Defendant's restitution until Defendant's projected release date of January 9, 2018, or to require the minimum Quarterly Payment of $25.00. Defendant Fields argues that Defendant Fields has been offered employment, but will be transitioning out of prison homeless.

The Government opposes Defendant Fields' Motion.

The Court conducted an evidentiary sentencing on August 25, 2011. (Dkts. 157, 162). As to restitution, the Court directed that:

> While in Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor job. At any time during the course of post-release supervision, the victim, the government, or the defendant, may notify the Court of a material change in the defendant's ability to pay and the Court may adjust the payment schedule accordingly.

(Dkt. 162, p. 6). Defendant Fields was directed to pay restitution in the amount of $31,546.24, jointly and severally with other defendants. (Dkt. 162, p. 5).

Case No. 8:10-CR-414-T-17AEP

An Amended Judgment was entered on September 29, 2011. (Dkt. 171).

The Government argues that there has been no change to Defendant's economic circumstances that would justify a modification to the current payment schedule. The Court agrees. Accordingly, it is

**ORDERED** that Defendant Fields' Motion to Stay Restitution (Dkt. 209) is **denied.** The Clerk of Court shall provide a copy of this Order to pro se Defendant Fields via U.S. Mail.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 25th day of October, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Stephanine Renee Fields
54245-018
Federal Correctional Institution
501 Capital Circle N.E.
Tallahassee, FL  32301